# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**A. JOSEPH RAETANO,**

    **Plaintiff,**

**v.**                                            Case No.  8:07-cv-2341-T-30MAP

**PLEASUREBOWL, INC.,**

    **Defendant.**
_____/

## ORDER

**THIS MATTER** is before the Court upon the Stipulation for Voluntary Dismissal with Prejudice (Dkt. 23), filed herein by the Parties.  The Court has carefully reviewed said Stipulation and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation for Voluntary Dismissal with Prejudice (Dkt. 23) filed herein by the Parties be and the same is hereby approved, adopted and ratified by the Court, except that the Court will not retain jurisdiction;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE** and **ORDERED** in Tampa, Florida on September 24, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-2341.final order of dismissal.frm